### ALLEN v. BANK OF KEY WEST.

*(Supreme Court, General Term, First Department.* March 31, 1892.)

Appeal from special term, New York county.

Action by George W. Allen, as general assignee of James A. Waddell, against the Bank of Key West, to recover deposits. Plaintiff appeals from an order vacating a warrant of attachment. Reversed.

Argued before VAN BRUNT, P. J., and INGRAHAM and O'BRIEN, JJ.

*Kellogg, Rose & Smith,* (*L. L. Kellogg,* of counsel,) for appellant. *Billings & Cardozo,* (*Michael H. Cardozo* and *Edgar J. Nathan,* of counsel,) for respondent.

PER CURIAM. For the reasons stated in the case of *Key West Bldg. & Loan Ass'n* v. *Bank of Key West,* 18 N. Y. Supp. 390, (decided herewith,) we think that the order vacating the attachment should not have been granted. The order should therefore be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

All concur.